■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STERLING L. LINSTER, Appellant. [672 NYS2d 251] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mackston, J.), rendered January 15, 1997, convicting him of attempted criminal trespass in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Ritter, J. P., Thompson, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MADDEN, Appellant. [672 NYS2d 754] —Appeal by the defendant from four judgments of the Supreme Court, Queens County (Orgera, J.), all rendered July 2, 1996, convicting him of robbery in the first degree (two counts) under Indictment No. 5448/95, robbery in the first degree under Indictment No. 5538/95, robbery in the first degree (two counts) under Indictment No. 226/96, and robbery in the first degree (three counts) under Indictment No. 255/96, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

Contrary to the defendant's contention, the sentencing court sufficiently specified the sentence imposed on each count of each indictment to which he pleaded guilty (see, CPL 380.20; cf., People v Sturgis, 69 NY2d 816; People v Cuccuru, 236 AD2d 419; People v McKinney, 215 AD2d 407; People v James, 188 AD2d 550). Bracken, J. P., Copertino, Santucci, Florio and McGinity, JJ., concur.